tiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry Ward Beer* for petitioner. *Acting Solicitor General Judson, Assistant Attorney General Berge, Messrs. Charles H. Weston, Matthias N. Orfield, Robert L. Stern, W. T. Kelley,* and *Joseph J. Smith, Jr.* for respondent.

No. 231. COWELL PORTLAND CEMENT CO. *v.* NATIONAL LABOR RELATIONS BOARD. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Max Thelen* and *Gordon Johnson* for petitioner. *Acting Solicitor General Judson, Messrs. Robert L. Stern, Alvin J. Rockwell, Marcel Mallet-Prevost* and *Miss Ruth Weyand* for respondent.

No. 232. TEXAS & NEW ORLEANS RAILROAD CO. ET AL. *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. J. M. Burford* and *Harry R. Jones* for petitioners. *Acting Solicitor General Judson, Messrs. Paul A. Sweeney* and *Walter J. Cummings, Jr.* for the United States.

No. 235. SPURR *v.* SPURR. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. George E. Allen* for petitioner. *Mr. Jas. G. Martin* for respondent.

No. 237. ROSS ENGINEERING Co., INC. *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Bernard J. Gallagher* and *M. Walton Hendry* for petitioner. *Acting So-*